## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Daniel Parker

Plaintiff,

v.                                                    Case No.: 1:22−cv−00281

                                                      Honorable John J. Tharp Jr.

Experian Information Solutions, Inc., et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, April 18, 2023:

        MINUTE entry before the Honorable John J. Tharp, Jr:Upon receipt of the parties'
stipulation of dismissal as to remaining defendant Trans Union LLC [102], this matter is
concluded. All future dates and deadlines are stricken; all pending motions are denied as
moot. Civil Case Terminated. Mailed notice(air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at ***www.ilnd.uscourts.gov***.